IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY J. MARTINEZ,** | 2:08-cv-2077 WBS DAD P |
| Petitioner, | **ORDER** |
| **v.** | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

Respondent has filed a third motion for an extension of time to file an answer in this matter. Good cause appearing, IT IS HEREBY ORDERED that Respondent's motion is granted. Respondent shall file an answer within thirty days of the date of this order.

DATED: January 6, 2009.

/mart2077.111ans(3)

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE